CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Tyrell Andrew KESTER**<br>YOB: 1985; US Citizen | DOCKET NO. |
| | MAGISTRATE'S CASE NO.<br>21-04409MJ |

Complaint for violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
On or about April 22, 2021, at or near Tucson, in the, in the District of Arizona, Tyrell Andrew KESTER, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition, said firearms not being manufactured in Arizona thus affecting commerce in that each previously was transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
   On April 22, 2021, DEA and HSI agents executed a search warrant (21-04397MB) for a fifth wheel trailer located at 2747 North Stone Avenue. The warrant was served, and agents located G.B. and J.P. inside the trailer, and Tyrell KESTER outside near the front door. All individuals were detained and secured without further incident. Agents also made contact with the owner of the bar and lot where the trailer is located, who asked about the reason for law enforcement presence at the location and confirmed to agents that BUSTAMANTE resides in the trailer alone.
   Located parked in front of the trailer was a white 2013 Ford Fusion bearing Arizona license plate, U296987. A records check through the Arizona Department of Motor Vehicles (AZDMV) revealed the registered owner as Tucson Used Auto Sales LLC. A search of the vehicle revealed paperwork from a veterinarian office in the name of "Tyrell KESTER," approximately 12 grams (120 pills) of suspected fentanyl M-30 pills, and a loaded AR-15 magazine along with miscellaneous handgun and rifle ammunition in the trunk.
   Agents conducted a records check through the National Criminal Intelligence Center (NCIC) for KESTER, revealed KESTER has prior felony convictions, making him a prohibited possessor of firearms and ammunition.
   Agents conducted a Post Miranda interview with KESTER, in which he agreed to make statements to agents. During the interview, KESTER initially stated that he arrived at J.B.'s trailer by walking, then, after additional questioning KESTER admitted that he drove to J.B.'s trailer in the Ford Fusion on April 22, 2021. Agents advised KESTER of the AR-15 magazine along with the miscellaneous ammunition located in the trunk; KESTER admitted knowing that the items were in the trunk. KESTER admitted knowledge that he is a prohibited possessor. When agents inquired about the suspected M-30 fentanyl pills, KESTER stated that he found three loose pills in the car earlier in the day and threw them away. KESTER denied knowledge of the fentanyl pills that were found in the vehicle.
   An ATF nexus expert indicated that the ammunition located in the trunk of KESTER's Ford Fusion was not manufactured in Arizona and thus has travelled in interstate and/or foreign commerce.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| DETENTION REQUESTED<br>   Being duly sworn, I declare that the foregoing is | SIGNATURE OF COMPLAINANT (official title) |
|---|---|

| true and correct to the best of my knowledge. AUTHORIZED AUSA *Christopher Curran* | OFFICIAL TITLE SA Joseph Ramos, Homeland Security Investigations |
|---|---|
| Sworn to telephonically | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacquelyn M. Rateau* | DATE April 23, 2021 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54